UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re

HOME SEWING ASSOCIATION,

                              Debtor.

Chapter 7

Case No. 08-10021 (RDD)

---------------------------------------------------------X

**ORDER AUTHORIZING THE SALE OF**
**<u>DOMAIN NAME TO THE ABBEY GROUP PURSUANT TO 11 U.S.C. § 363</u>**

        Upon the motion (the "Motion") of Roy Babitt, Chapter 7 Trustee (the "Trustee") of Home Sewing Association (the "Debtor") by and through his proposed attorney, Arent Fox LLP, seeking entry of an order authorizing the sale of the domain name "sewing.org" (the "Domain Name") to The Abbey Group Pursuant to 11 U.S.C. § 363(b) and (f); and a hearing having been held to consider the relief sought in the Motion and any opposition thereto; and no offer higher or better than that of The Abbey Group having been received for the Domain Name either before or at the hearing on the Motion; and the Court having determined that the relief sought in the Motion is in the best interests of the estate and creditors; and the Court having further determined that service of the Motion and notice of the hearing thereon was good and sufficient, it is hereby

        ORDERED, that the Motion is granted; and it is further

        ORDERED, that the Trustee is authorized to sell the Domain Name to The Abbey Group as described in the Motion for the sum of $10,500.00, free and clear of all liens, interests and encumbrances, pursuant to Sections 363(b) and (f) of the Bankruptcy Code, and to take all steps reasonable and necessary to effectuate the sale; and it is further

        ORDERED, that the sale of the Domain Name to The Abbey Group shall be free and clear of all liens, claims and encumbrances, with all such liens, claims and encumbrances to

attach to the sale proceeds with the same validity, enforceability and priority that they had immediately before the sale; and it is further

ORDERED, that The Abbey Group is a good faith purchaser and is entitled to the protections afforded by section 363(m) of the Bankruptcy Code; and it is further

ORDERED, that there being no objections to the Motion and cause having been shown, pursuant to Rule 6004(g) of the Federal Rules of Bankruptcy Procedure the Court waives the ten (10) day stay otherwise imposed on the sale of the Domain Name; and it is further

ORDERED, that The Abbey Group shall pay to the Trustee the balance of $5,500.00 within five (5) days of entry of this Order; and it is further

ORDERED, that the Domain Name is being sold by the Trustee with no actual or implied warranties or representations whatsoever.

Dated: New York, New York  
     May 1, 2008                                  /s/ Robert D. Drain  
                                              UNITED STATES BANKRUPTCY JUDGE