Schuyler G. Carroll
ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900

Attorney for Roy Babitt, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- x

In re

HOME SEWING ASSOCIATION,

                             Debtor.
---------------------------------------------------------- x

Chapter 7

Case No. 08-10021 (PCB)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                 ) ss:
COUNTY OF NEW YORK  )

       NOVA A. CONSTANTINO, being sworn, deposes and says:

       1.    Deponent is not a party to this action, is over eighteen years of age, and is an employee of Arent Fox LLP, 1675 Broadway, New York, New York 10019.

       2.    On August 17, 2009, I served a true and correct copy of the **Supplemental Application to Employ Receivable Management Services Corporation as Recovery Agent to the Trustee** [Docket No. 17] upon the parties on the attached Service List by depositing true copies thereof, enclosed in a postage paid, properly addressed envelope, bearing the return business address of the undersigned, in an official depository under the exclusive care and custody of the United States Postal Service within the city and state of New York.

                                                     */s/ Nova A. Constantino*
                                                     Nova A. Constantino

Sworn to before me this
17th day of August, 2009.

 */s/ Miriam Lyle McKibben*
Notary Public, State of New York
No. 31-4873251
Qualified in Queens County
Commission Expires 10/6/2010

NYC/444198.1

# SERVICE LIST

The Honorable Prudence C. Beatty
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY  10004

**Office of the U.S. Trustee**
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004